# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>            v.<br><br>ALFONSO GARCIA,<br>      Defendant. | No. CR 07-1080-13 DSF<br><br>ORDER RE BRIEFING ON MOTION FOR REDUCTION OF SENTENCE (Dkt. 2243) |

The government is ordered to file an opposition to Defendant's motion no later than February 5, 2021.  Defendant may file a reply no later than March 10, 2021.

IT IS SO ORDERED.

Date: January 4, 2021

_____
Dale S. Fischer
United States District Judge