# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>ALFONSO GARCIA,<br>    Defendant. | No. CR 07-1080-13 DSF<br><br>ORDER RE MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1) |

    Defendant Alfonso Garcia renews his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1). The government opposes the motion.

    Defense counsel asserts that the warden has approved Garcia's release. The government notes that there are several more layers of review that follow a warden's endorsement of release. Under the circumstances, including the improvement of conditions at FMC-Rochester since the filing of this motion and the fact that Garcia will likely soon be fully vaccinated, it appears appropriate for the Court to defer to the Bureau of Prisons' process. The parties are ordered to submit a joint status report on later than June 28, 2021.

    IT IS SO ORDERED.

Date: April 26, 2021

                                                Dale S. Fischer<br>
                                                United States District Judge